IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

| | |
|---|---|
| ERIC FREELAND, individually and on behalf of all others similarly situated,<br><br>                         Plaintiff,<br><br>-against-<br><br>FINDLAY's TALL TIMBERS DISTRIBUTION CENTER D/B/A/ OHIO LOGISTICS,<br><br>                         Defendant. | Case No: 24 Civ. 3139 |

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Eric Freeland ("Plaintiff") and Findlay's Tall Timbers Distribution Center d/b/a Ohio Logistics ("Defendant"), by and through their undersigned counsel, pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure, that this appeal be and hereby is voluntarily dismissed in its entirety without prejudice. Plaintiff will bear all associated costs and court fees due with this appeal. Plaintiff reserves the right to file an appeal of the District Court's November 1, 2024 order upon final judgment of this action by the United States District Court for the Western District of New York.

Dated:      New York, New York
                 December 27, 2024

| FITAPELLI & SCHAFFER, LLP | GOLDBERG SEGALLA LLP |
|---|---|
| By: *s/ Brian S. Schaffer*<br>Brian S. Schaffer<br>Hunter G Benharris<br>28 Liberty Street, 30th Floor<br>New York, NY 10005<br>bschaffer@fslawfirm.com<br>hbenharris@fslawfirm.com | By: *s/ Christopher P. Maugans*<br>Christopher P. Maugans, Esq.<br>Anoop S. Kahlon, Esq.<br>665 Main Street<br>Buffalo, New York 14203<br>cmaugans@goldbergsegalla.com<br>akahlon@goldbergsegalla.com |